**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 9:23-cv-81478-KAM

HOWARD COHAN,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## ORDER OF DISMISSAL *WITH PREJUDICE*

THIS MATTER is before the Court upon the Parties' Joint Stipulation of Dismissal *with Prejudice* [ECF No. 14]. The Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby,

ORDERS and ADJUDGES as follows:

1.    The above-styled action is hereby DISMISSED *WITH PREJUDICE*; and

2.    Each Party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in their Confidential Settlement Agreement.

3.    All pending motions are denied as moot and the Clerk is directed to close this matter.

DONE AND ORDERED this 5th day of April, 2024, in West Palm Beach, Florida.

KENNETH A. MARRA
United States District Judge

Copies furnished to Counsel of Record